No. 10–7476. McCollough v. Bradt, Superintendent, Elmira Correctional Facility. C. A. 2d Cir. Certiorari denied.

No. 10–7481. Witcher v. Prelesnik, Warden. C. A. 6th Cir. Certiorari denied.

No. 10–7482. Smith v. Bock, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 10–7485. Simpson v. Oklahoma. Ct. Crim. App. Okla. Certiorari denied.

No. 10–7487. Bailey v. Indiana. Ct. App. Ind. Certiorari denied.

No. 10–7488. Knight v. UNUM Life Insurance Company of America. C. A. 11th Cir. Certiorari denied.

No. 10–7490. LeJeune v. Cain, Warden. C. A. 5th Cir. Certiorari denied.

No. 10–7492. Jefferson v. Miller Brothers Ford, Inc., et al. Cir. Ct. Baltimore County, Md. Certiorari denied.

No. 10–7495. Diegner v. Franke, Superintendent, Two Rivers Correctional Institution. C. A. 9th Cir. Certiorari denied.

No. 10–7496. Cowles v. Iowa Department of Corrections. C. A. 8th Cir. Certiorari denied.

No. 10–7507. Swain v. Florida. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 10–7513. Anthony v. Cain, Warden. C. A. 5th Cir. Certiorari denied.

No. 10–7518. Carrasco v. Kernan, Warden. C. A. 9th Cir. Certiorari denied.

No. 10–7519. Roberson v. Mississippi Insurance Guaranty Assn. Sup. Ct. Miss. Certiorari denied.

No. 10–7527. Holcomb v. United States. C. A. 3d Cir. Certiorari denied.